# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1792

_____

|  |  |  |
|---|---|---|
| Vanessa Rosenthall, as next friend of Gabriel Rosenthall, | * * * | |
| Appellant, | * * * | Appeal from the United States District Court for the Western District of Missouri. |
| v. | * * | |
| Pembroke Hill School, | * * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: March 17, 2000

Filed: March 22, 2000

_____

Before HANSEN and FAGG, Circuit Judges, and NANGLE,* District Judge.

_____

PER CURIAM.

Vanessa Rosenthall, as next friend of Gabriel Rosenthall, appeals the district court's grant of The Pembroke Hill School's (Pembroke) motion for summary judgment in Rosenthall's 42 U.S.C. § 1983 action. Having carefully reviewed the record and the parties' briefs, we affirm the grant of summary judgment to Pembroke for the reasons expressed in the district court's thorough order. See 8th Cir. R. 47B.

_____

*The Honorable John F. Nangle, United States District Judge for the Eastern District of Missouri, sitting by designation.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.